

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE | § | No. 08-25-00006-CR |
| | § | |
| DEVORIS NEWSON, | | AN ORIGINAL PROCEEDING |
| | § | |
| Relator. | | IN MANDAMUS |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order that this decision be certified below for observance.

IT IS SO ORDERED this 27th day of February 2025.


LISA J. SOTO, Justice

Before Palafox and Soto, JJ., and Solis, Judge
Solis, Selena, Judge, sitting by assignment